UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brandy Nicole Trombley v. Bayer Corporation et al* | No. 10-cv-10593-DRH |
| *Courtney Troy v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10962-DRH |
| *Emily Trujillo v. Bayer Corporation et al* | No. 09-cv-20058-DRH |
| *Julie Vaculik v. Bayer Corporation et al* | No. 12-cv-11578-DRH |
| *Syeta Villagomez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10125-DRH |
| *Jennifer Vizueth v. Bayer Corporation et al* | No. 09-cv-10118-DRH |
| *Jeanine Wagner v. Bayer Pharma AG et al* | No. 12-cv-10165-DRH |
| *Rachel Webb v. Bayer Corporation et al* | No. 10-cv-13086-DRH |
| *Sheila Weiners v. Bayer Schering Pharma AG et al* | No. 11-cv-10749-DRH |
| *Michelle Wilhelm v. Bayer Corporation et al* | No. 10-cv-11197-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:** _/s/Caitlin Fischer_
                                             **Deputy Clerk**

**Dated:** August 13, 2014

Digitally signed by David R. Herndon
Date: 2014.08.13 16:21:40 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**